

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00167-CV

IN THE ESTATE OF KRISTY MARIE TURNBOW, DECEASED

§ On Appeal from Probate Court No. 2

§ of Tarrant County (2018-PR00999-2-A)

§ July 7, 2022

§ Memorandum Opinion by Justice Birdwell

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell